# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARCEL ARRIAGA,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON CRUZ & ASSOCIATES, LLC<br>Defendant. | CASE NO. 18cv328-LAB (KSC)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT [Dkt. 7]** |

After default was entered against Defendant Nelson Cruz & Associates, LLC ("Nelson Cruz"), Plaintiff Anthony Arriaga moved for default judgment. To ensure Nelson Cruz was truly aware of the action, the Court ordered the clerk to mail a copy of the Motion for Default Judgment to the Defendant at its business address. *See* Dkt. 8. The Court also cautioned that if Nelson Cruz failed to appear by December 5, 2018, the Court would rule on Plaintiff's Motion for Default Judgment. Nelson Cruz never appeared in this action.

The Court is satisfied that it has jurisdiction over this claim, and has determined that the factors enumerated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) weigh in favor of default judgment. The Motion for Default Judgment is therefore **GRANTED**.

/ / /
/ / /
/ / /
/ / /
/ / /

It is **ORDERED AND ADJUDGED** that Plaintiff Anthony Marcel Arriaga shall recover from Nelson Cruz & Associates, LLC:

| | | |
|---|---|---:|
| | Statutory Damages: | $ 2,000.00 |
| | Attorney's Fees[1]: | $ 13,187.50 |
| | Costs: | $ 578.93 |
| | **Total Judgment:** | **$ 15,766.43** |

The clerk is directed to enter judgment in favor of Anthony Arriaga and close the case.

**IT IS SO ORDERED**.

Dated: January 31, 2019

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] Attorney Lauren Veggian states in her declaration that she billed 18.8 hours on this matter. This number included 2.5 hours she anticipated would be necessary to attend the hearing. As no hearing was held on this motion, the Court deducts those 2.5 hours and therefore attributes a total of 16.3 hours to Ms. Veggian at her claimed rate. All other claimed numbers are accepted as reasonable for purposes of calculating the lodestar.