

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Anthony Marcel Arriaga

**Plaintiff,**

V.

Nelson Cruz & Associates, LLC

**Defendant.**

Civil Action No.   18cv0328-LAB-KSC

**DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff Anthony Marcel Arriaga shall recover from Nelson Cruz & Associates, LLC: $15,766.43.

Date:        2/1/19

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**

By:  s/  J. Taylor

J. Taylor, Deputy